_____ FILED _____ LODGED
_____ RECEIVED

**Jul 15 2022**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

SCOTTI J. ORTIZ,

Defendant.

CASE NO.   3:22-mj-05131

COMPLAINT for VIOLATION

Title 18, United States Code,
Sections 2252, 2252(a)(4)(B)

BEFORE, Theresa L. Fricke, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Distribution of Child Pornography)

Between on or about August 19, 2020 and on or about February 9, 2021, in Thurston County, within the Western District of Washington, and elsewhere, SCOTTI J. ORTIZ knowingly distributed any visual depiction—the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct—using any means and facility of interstate and foreign commerce, such visual depiction had

Complaint SCOTTI J. ORTIZ - 1
*United States v. SCOTTI J. ORTIZ [2021R00071]*

1  been mailed and shipped and transported in and affecting interstate and foreign commerce,
2  and such visual depiction contained materials that have been mailed and so shipped and
3  transported, by any means, including by computer.

4       All in violation of Title 18, United State Code, Section 2252(a)(2) and 2252(b)(1).

5  ## <u>COUNT 2</u>

6  ### (Possession of Child Pornography)

7       Beginning on a date unknown and continuing until on or about February 9, 2021,
8  in Thurston County, within the Western District of Washington, and elsewhere, SCOTTI
9  J. ORTIZ, knowingly possessed matter that contained any visual depiction—the
10  production of which involved the use of a minor engaging in sexually explicit conduct
11  and such visual depiction was of such conduct—that was mailed and shipped and
12  transported using any means and facility of interstate and foreign commerce and in and
13  affecting interstate and foreign commerce and that was produced using materials that had
14  been so mailed and shipped and transported by any means, including by computer, and
15  any visual depiction involved in the offense involved a prepubescent minor and a minor
16  who had not attained 12 years of age.

17       All in violation of Title 18, United State Code, Sections 2252(a)(4)(B) and
18  2252(b)(2).

19       And the Complainant states that this Complaint is based on the following
20  information:

21       I, Ly Tran, being first duly sworn on oath, depose and say:

22  ## I.    INTRODUCTION

23       I am an investigative or law enforcement officer of the United States within the
24  meaning of Title 18, United States Code, Section 2510(7). I am currently employed as a
25  Special Agent with the U.S. Department of Homeland Security (DHS), Homeland
26  Security Investigations (HSI). I have been a federal law enforcement officer for over 16
27  years. Prior to my employment with HSI, I was a Parole Officer for the Washington State
28  Department of Corrections for approximately four years.

Complaint SCOTTI J. ORTIZ - 2
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

I have participated in investigations involving human trafficking, financial crimes, cybercrimes, child exploitation, narcotics, and murder for hire. While assigned to the HSI Attaché office in Vietnam, I conducted numerous investigations involving the sexual exploitation of children and interstate / international travel for illegal sexual activity involving minors. During the course of these investigations, I have reviewed child exploitation materials.

I am currently assigned as a Special Agent with HSI Lakewood, where my duties include child exploitation and child pornography investigations. I have participated in numerous child exploitation or child pornography investigations and have worked extensively with other investigators involved in these types of investigations.

As further detailed below, based on my investigation and the investigation of other law enforcement officers, I believe there is probable cause to conclude that SCOTTI J. ORTIZ knowingly distributed child pornography in violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1), and possessed child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B), and Title 18, United States Code, Section 2252(b)(2).

The facts set forth in this complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this complaint is offered for the limited purpose of establishing probable cause, I have not set forth every fact known to me based on this investigation. Rather, I provided only those facts that I believe necessary to establish probable cause that SCOTTI J. ORTIZ committed the offense charged in this complaint.

This complaint is being presented electronically pursuant to Local Criminal Rule CrR 41(d)(3).

## II.      SUMMARY OF INVESTIGATION

Complaint SCOTTI J. ORTIZ - 3
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    In August 2021, HSI Cyber Crimes Center (C3) Child Exploitation Investigations
2  Unit (CEIU) located in Fairfax, Virginia received an investigative referral from a foreign
3  law enforcement agency (FLA). HSI C3 CEIU analyzed the investigative lead and
4  disseminated to HSI Seattle. The investigative referral indicated that a subject with the
5  Kik user named madhatter_unicorn, subsequently identified as SCOTTI J. ORTIZ was
6  sending messages indicating that he had a sexual interest in female children under ten-
7  years-old. In these messages, madhatter_unicorn stated that he was currently sexually
8  active with his ten-year-old cousin who he has regular access to twice a week.

9    During these chat sessions, madhatter_unicorn sent several images to an
10  undercover FLA officer. He told the undercover FLA officer that they were images of his
11  cousin.

12    The chat between madhatter_unicorn and the FLA included the following:
13    madhatter_unicorn: Active in usa
14    FLA: hey m8 asl and who u active with. 36 m uk here naughty uncle
15    madhatter_unicorn: 37/m I'm active with my cousin (madhatter_unicorn attached
16  an image of an adolescent female showing her nipple).
17    FLA: Nice little thing mate how old
18    madhatter_unicorn: 10
19    FLA:  Perfect age
20    madhatter_unicorn: Yes how old is your daughter
21    FLA: Neice m8 and she's 8 we are in training atm
22    madhatter_unicorn: Yeah? Can I see a couple of pictures of her
23  (madhatter_unicorn attached three images of an adolescent female, described further
24  below).
25    FLA: I dnt trade mate Too risky
26    madhatter_unicorn: That's my baby girl
27    FLA: She's fucking gorgeous u fucked her
28    madhatter_unicorn: Not all the way yet  Can I see your daughter Niece sorry

Complaint SCOTTI J. ORTIZ - 4
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   FLA: I dnt sen pic straight away gotta build trust imo I dnt like losing control How
2   far u gone Its tough training ain't it

3   madhatter_unicorn: Yeah the only thing I haven't done yet is put my cock in her

4   FLA: I've had my d in Rubys A makes me cum hard How often u get 2 play

5   madhatter_unicorn: Couple times a week what about you guys

6   FLA: I live with my sister as she has a booze problem I dnt normally take this
7   secret phone home tho

8   madhatter_unicorn: Oh yeah and what is on the secret phone

9   FLA: Just chats with locals trying to hook up

10   madhatter_unicorn: Oh I thought it was some big secret Lol

11   FLA: Hah ana my sis is a nosey cow and I wanna stay under her radar as it's a
12   risky game

13   madhatter_unicorn: Yeah is it your sister phone

14   FLA: No just a second phone 4 fun

15   madhatter_unicorn: Ok what is your niece doing now

16   FLA: She is at home having a play date i think I'm in the office. What about your
17   little cutey? Wot time is it there sleeping I bet

18   madhatter_unicorn: Yes she is

19   FLA: You east or west

20   madhatter_unicorn: West

21   FLA: Only ever been 2 Vegas

22   madhatter_unicorn: Yeah Your niece is 8?

23   FLA: Yeh lovely age I dnt like babies 6-13 is my sweet spot

24   madhatter_unicorn: My sweet spot is any thing under 10

25   FLA: Beautiful I love a tine slit you ever shared yours

26   madhatter_unicorn: Yes

27   FLA: That's why I's on here I wanna see her with another

28   madhatter_unicorn: Your niece?

Complaint SCOTTI J. ORTIZ - 5
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    FLA: Yeh obvs

2    madhatter_unicorn: Nice Can I see her

3    FLA: I only share when I think we might meet to verify sorry

4    madhatter_unicorn: Just a g rated pic

5    FLA: Hah ana I could send u a pic with her head cropped but what's the point lol

6    madhatter_unicorn: Ye considering I sent you the ones of my girl

7    FLA: Dude I didn't ask u 2 send me those. I'm looking for like minded local for a

8    bit play date and you can't help there lol

9         I reviewed the first image madhatter_unicorn sent to the FLA, "K1908200956."

10   This image depicts a prepubescent white female child, who appears to be under twelve

11   (12) years old.  She has long blond hair, blue eye, and is wearing a striped red and white

12   blouse with a yellow and white collar.  The image depicts the female child pulling down

13   her blouse to expose her left nipple.

14        I reviewed the next three attachments that KIK user madhatter_unicorn sent to the

15   FLA.  Image "K1908201001" depicts a close-up photo of the genital area of a

16   prepubescent white female child, who is wearing pink/purple panties with unicorn pet

17   imprints. What appear to be adult fingertips are seen starting to enter her underwear from

18   the top. Image "K1908201003" also depicts a close-up photo of the naked genital area of

19   a prepubescent white female child, who is lying face up. Her face cannot be seen in the

20   image. The genital area is visible, and I observed no pubic hair. Based on lack of muscle

21   development and based on my training and experience, I believe the white female child

22   was under 12 years old. The final image, "K1908201004," depicts a prepubescent white

23   female child, who is naked from the waist up. She is wearing black and gold panties. Her

24   face cannot be seen in the image.

25        Copies of each of these images have been placed in an envelope, which will be

26   Exhibit 1 to this Affidavit. Exhibit 1 will be made available to the reviewing magistrate

27   judge, as necessary, but will not be filed with the Court and will instead be retained by

28   HSI to be made available if relevant to a future legal proceeding.

Complaint SCOTTI J. ORTIZ - 6
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

On February 9, 2021, pursuant to a search warrant issued by United States Magistrate Judge J. Richard Creatura on February 2, 2021, I led the law enforcement team during a search of SCOTTI J. ORTIZ's person and SCOTTI J. ORTIZ's Yelm residence.

Law enforcement stopped SCOTTI J. ORTIZ in his vehicle on the side of the road in front of his residence. HSI Special Agent (SA) Gabriel Stajduhar and I approached SCOTTI J. ORTIZ's vehicle to speak to him. Unprompted, SCOTTI J. ORTIZ asked SA Gabriel Stajduhar, "What is this about? Is this about child porn?" SA Gabriel Stajduhar told SCOTTI J. ORTIZ to stop talking and that they could speak after he advised SCOTTI J. ORTIZ of his Miranda rights.

During this time, SCOTTI J. ORTIZ continued to make several additional unprompted statements including that he had a problem and that knew why law enforcement was there. SCOTTI J. ORTIZ told law enforcement that he wanted to cooperate. He waived his Miranda rights both verbally and by signing a Miranda right form. He agreed to speak to the agents. Because the stop was on the side of a busy road, agents transported SCOTTI J. ORTIZ to a prearranged location for an interview.

SCOTTI J. ORTIZ said that he started using methamphetamine again after he was released from prison on June 30, 2020. He admitted that he viewed child sexual exploitation materials (CSEM) when he used methamphetamine. He stated that he was sick and needed help.

SCOTTI J. ORTIZ explained that he accessed CSEM through KIK messenger. He used either email scottiortizsr83@gmail.com or ortizscotti37@gmail.com. Once he was on KIK messenger, he found a chat room and started to view CSEM. He said that he used a tablet to view and download CSEM. However, he claimed that he had reset the tablet to the manufacture reset and gave the tablet to his father, Frank Ortiz. SCOTTI J. ORTIZ said that he also had a laptop and two phones but said that there should not be any CSEM on these devices. SCOTTI J. ORTIZ admitted to using the laptop to delete CSEM that

Complaint SCOTTI J. ORTIZ - 7
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

was located in his Mega account. Ortiz provided the agents consent to search all of his electronic devices.

Upon entering SCOTTI J. ORTIZ's residence, I encounter Frank Ortiz and Michelle Clark. Frank Ortiz and Michelle Clark fully cooperated with me. Michelle Clark pointed out the area that SCOTTI J. ORTIZ sleeps at night and the electronic devices belonging to SCOTTI J. ORTIZ. I seized a Black Acer laptop, serial # NHQ5UAA0080450D8463400 located on SCOTTI J. ORTIZ's bed.

On January 10, 2021, Computer Forensic Agent (CFA) Jeffrey Schwab located a 512 GB M3 flash drive in the laptop previously seized from SCOTTI J. ORTIZ. CFA Jeffrey Schwab used the Tableau TX1 write blocker to conduct a hash verified extraction of the flash drive. The image and video files were exported into a project VIC file and processed through Griffeye Analyze. CFA Gabriel Stajduhar created an Axiom portable case for future review.

On February 19, 2021, I reviewed a video clip that extracted from SCOTTI J. ORTIZ's laptop, using Griffeye Analyze software. According to the Griffeye Analyze software, the video was 15 minutes and 8 seconds long and was created on February 8, 2021. The file was located in a download folder with the file name "snag-0094.ave."

The video contained three Asian female child victims (FCVs), mostly nude, with a skin-colored rubber male pennis. The FCVs do not have pubic/body hair. The FCVs are small and do not have developed breasts. The FCVs' faces are youthful in appearance. Based on my training and experience, they appear to be under the age of 12 years old. The video shows one FCV rubbing the rubber penis on another FCV's vagina before inserting it into the FCV's vagina. The video continued showing three FCVs spreading their legs with the focus of the camera on their vaginas.

## III.   CONCLUSION

Based on the above facts, I respectfully submit that there is probable cause to believe that SCOTTI J. ORTIZ did knowingly and unlawfully possess child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B), and knowingly and

Complaint SCOTTI J. ORTIZ - 8
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

unlawfully distributed child pornography materials in violation of Title 18, United States Code, Section 2252(a)(2).

LY C TRAN

Digitally signed by LY C TRAN
Date: 2022.07.14 16:01:56 -07'00'

Ly Tran, Complainant,
Special Agent,
Homeland Security Investigations

Based on the Complaint and Affidavit presented by reliable electronic means and sworn to me, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint. I reviewed the photographs described above. Dated July 15, 2022

Theresa L. Fricke
United States Magistrate Judge

Complaint SCOTTI J. ORTIZ - 9
*United States v. SCOTTI J. ORTIZ [2021R00071]*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800